**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
CRAIG JONES,                        )  NO. ED CV 07-830-E
                                    )
               Plaintiff,           )
                                    )
       v.                           )  JUDGMENT
                                    )
MICHAEL J. ASTRUE, COMMISSIONER     )
OF SOCIAL SECURITY ADMINISTRATION,  )
                                    )
               Defendant.           )
_____)
```

   IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

   DATED:  April 16, 2008.

                            _____/S/_____
                                   CHARLES F. EICK
                            UNITED STATES MAGISTRATE JUDGE